No. 435. INDEPENDENT WIRELESS TELEGRAPH COMPANY *v.* RADIO CORPORATION OF AMERICA. October 13, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William H. Davis* for petitioner. *Mr. L. F. H. Betts* for respondent.

No. 515. UNITED STATES ET AL. *v.* HENRY H. KAUFMAN, TRUSTEE, ETC., ET AL.; and

No. 516. UNITED STATES ET AL. *v.* ALFRED C. COXE, JR., RECEIVER, ETC. October 13, 1924. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. Sewall Key* for the United States. *Mr. Jonah J. Goldstein* and *Mr. Jos. M. Hartfield* for respondents.

No. 472. ALEXANDER MILBURN COMPANY *v.* DAVIS-BOURNONVILLE COMPANY. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James A. Watson* for petitioner. *Mr. Dean S. Edmonds* for respondent.